1  **DICKINSON WRIGHT PLLC**
   Justin J. Bustos (State Bar No. 10320)
2  JBustos@dickinsonwright.com
   100 West Liberty Street, Suite 940
3  Reno, Nevada 89501-1991
   Telephone: 775-343-7503
4  Facsimile: 844-670-6009

5
   **HUNTON ANDREWS KURTH LLP**
6  Emily Burkhardt Vicente (*admitted pro hac vice*)
   ebvicente@HuntonAK.com
7  JeeHyun Yoon (*admitted pro hac vice*)
   jyoon@HuntonAK.com
8  550 South Hope Street, Suite 2000
   Los Angeles, California 90071-2627
9  Telephone: 213 • 532 • 2000
   Facsimile: 213 • 532 • 2020
10

11 Attorneys for Defendant
   ABF FREIGHT SYSTEM, INC.
12

13              UNITED STATES DISTRICT COURT

14                  DISTRICT OF NEVADA

15

16 JACKIE MARQUIS,                    | Case No.: 3:23-CV-00315-LRH-CLB

17           Plaintiff,                 **ORDER GRANTING MOTION TO
18                                      WITHDRAW APPEARANCE OF
      v.                               JEEHYUN YOON**
19
20 ABF FREIGHT SYSTEM, INC.,
21           Defendant.
22

23

24

25

26

27

28

Pursuant to Local Rule IA 11-6(b) of the United States District Court for the District of Nevada, Defendant ABF Freight System, Inc. respectfully moves this Court to withdraw the appearance of JeeHyun Yoon of the law firm of Hunton Andrews Kurth LLP as one of the attorneys of record in this matter.  Attorney Emily Burkhardt Vicente, also of Hunton Andrews Kurth LLP, and who has appeared as counsel of record, will continue to represent Defendant in this matter.  Defendant will also continue to be represented by Justin J. Bustos of the law firm of Dickinson Wright PLLC.  Mr. Bustos has appeared as counsel of record.  As such, and to Local Rule IA 11-6(e), Ms. Yoon's withdrawal will cause no delay of discovery, trial, or any hearing in the case as Defendant is represented by other counsel.  A copy of this Motion is also being served on client ABF Freight System, Inc. on the same date of its filing.

DATED:  January 16, 2024                            HUNTON ANDREWS KURTH LLP


By: _____
      Emily Burkhardt Vicente
      Attorneys for Defendant
      ABF FREIGHT SYSTEM, INC.


**IT IS SO ORDERED.**

**DATED:** January 16, 2024


_____
UNITED STATES MAGISTRATE JUDGE