UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JACKIE MARQUIS,<br><br>　　　　Plaintiff,<br>　v.<br>ABF FREIGHT SYSTEM, INC.,<br><br>　　　　Defendant. | Case No. 3:23-cv-00315-ART-CLB<br><br>ORDER<br>(ECF No. 35) |

Plaintiff seeks to seal their response to Defendant's motion for summary judgment for accidentally including confidential witness contact information. (ECF No. 36.) The Court GRANTS Plaintiff's motion.

There is a strong presumption in favor of public access to judicial filings and documents. *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 597 (1978). A party seeking to overcome this presumption must give "'compelling reasons supported by factual findings.'" *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006).

Plaintiff's motion to seal explains that counsel accidentally included sensitive contact information for witnesses in exhibits. This is a sufficient basis for the Court to seal Plaintiff's response. Plaintiff has since timely filed a redacted version of the same brief. (ECF No. 37.)

The Court grants Plaintiff's motion and instructs the Clerk to seal Plaintiff's Opposition to Defendant's Motion for Summary Judgment (ECF No. 35).

Dated this 29th day of October, 2024.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1